Crim-Trial (2/5/2010)

HONORABLE: _____
DEPUTY CLERK _____  RPTR/ECRO/TAPE _____
TOTAL TIME: _____ hours _____ minutes  USPO _____ INTERPRETER _____
DATE: _____  START TIME: _____  END TIME: _____
LUNCH RECESS  FROM: _____  TO: _____
RECESS (if more than ½ hr)  FROM: _____  TO: _____

CRIMINAL NO. _____ Deft # _____

UNITED STATES OF AMERICA                        AUSA _____
            vs
                                                 _____
                                                 Defendant's Counsel    Kelly Barrett)

**CRIMINAL JURY SELECTION/CALENDAR CALL**

☐.............. Deft _____ failed to appear. Bench Warrant to be issued.
☐.............. ☐ Call of the Calendar held  ☐ Call of the Calendar over to _____
☐.............. ☐ Jury Selection held  ☐ Jury Selection continued until _____
☐.............. Grand Jury Selection : GJ # _____ Foreperson: _____ Deputy FP _____
☐......#____ Deft _____ motion _____  ☐ granted ☐ denied ☐ advisement
☐......#____ Deft _____ motion _____  ☐ granted ☐ denied ☐ advisement
☐......#____ Deft _____ motion _____  ☐ granted ☐ denied ☐ advisement
☐......#____ Govt's motion _____  ☐ granted ☐ denied ☐ advisement
☐......#____ Govt's motion _____  ☐ granted ☐ denied ☐ advisement
☐.............. Deft _____ Oral motion _____  ☐ granted ☐ denied ☐ advisement
☐.............. Deft _____ Oral motion _____  ☐ granted ☐ denied ☐ advisement
☐.............. Govt's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐.............. Govt's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐.............. _____  ☐ filed
☐.............. _____  ☐ filed
☐.............. _____  ☐ filed
☐.............. _____  ☐ filed
☐.............. _____ jurors present
☐.............. Voir Dire oath administered by Clerk ☐ previously administered by Clerk
☐.............. Voir Dire by Court
☐.............. Peremptory challenges exercised
☐.............. Jury of _____ and _____ alternates drawn ☐ and sworn ☐ Jury Trial commences
☐.............. Remaining jurors excused
☐.............. Trial continued until _____ at _____
☐.............. COPY TO: JURY CLERK with juror lists